# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA SUE SHELLEY,<br><br>Plaintiff(s),<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC.,<br><br>Defendant(s). | Case No.: 2:22-cv-00714-JCM-NJK<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR DEFENDANT NATIONAL CREDIT SYSTEMS, INC. TO FILE RESPONSIVE PLEADING**<br><br>**(First Request)** |

Plaintiff Brenda Sue Shelly ("Shelly" or "Plaintiff"), by and through her attorney, KRIEGER LAW GROUP, LLC, and Defendant NATIONAL CREDIT SYSTEMS, INC ("NCS" or "Defendant"), by and through its attorney, MICHAEL B. LEE, P.C., stipulate and agree as follows:

 1. Plaintiff filed this action on May 4, 2022. (ECF No. 3).

 2. Plaintiff served the Complaint (ECF No. 3) on May 5, 2022.

 3. Defendant's Answer is due on or before May 26, 2022.

 4. Defendant requested an additional four weeks to respond to engage in potential resolution discussions, which Plaintiff agreed to.

5. The Parties agree that Defendant's responsive pleading will be due on or before June 27, 2022

6. This Stipulation is agreed to in good faith by the Parties, and is not an attempt to delay this case. As such, good cause exists for this request. By entering into this Stipulation, none of the Parties waive any rights they have under statute, law, or rule with respect to Plaintiff's Complaint.

7. This Stipulation is made in accordance with LR 6-1 and LR II 7-1 of the Local Rules of this Honorable Court.

8. This is the first request for an extension to file a responsive pleading to Plaintiff's Complaint.

Dated: May 26, 2022.

| KRIEGER LAW GROUP, LLC | MICHAEL B. LEE, P.C. |
|---|---|
| By: /s/ Shawn Miller<br>David Krieger, Esq. (NSB 9086)<br>Shawn Miller, Esq. (NSB 7825)<br>5502 S. Ft. Apache, Suite 200<br>Las Vegas, NV 89148<br>Tel – 702.848.3855<br>dkrieger@kriegerlawgroup.com<br>smiller@kriegerlawgroup.com<br>Attorneys for Plaintiff | By: /s/ Michael Lee<br>Michael B. Lee, Esq. (NSB 10122)<br>1820 E. Sahara Avenue, Suite 110<br>Las Vegas, NV 89104<br>Tel: (702) 477.7030<br>Fax: (702) 477.0096<br>mike@mblnv.com<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 27, 2022