David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Brenda Shelley*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRENDA SHELLEY,<br><br>Plaintiff(s),<br><br>vs.<br><br>NATIONAL CREDIT SYSTEMS, INC.<br><br>Defendant(s). | Case No.: 2:22-cv-00714-JCM-NJK<br><br>**STIPULATION AND PROPOSED ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Brenda Shelley ("Plaintiff") and National Credit Systems, Inc. ("Defendant" or "NCS"), collectively the "Parties," by and through their respective counsel of record, that Plaintiff's claims and causes of action against NCS are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2) and the Parties request that the case be closed.

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on November 10, 2022.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Michael B. Lee* |
| David H. Krieger, Esq. | Michael B. Lee, Esq. |
| Shawn W. Miller, Esq. | Michael N. Matthis, Esq. |
| KRIEGER LAW GROUP, LLC | MICHAEL B. LEE, P.C. |
| 5502 S. Fort Apache Road, Suite 200 | 1820 E. Sahara Avenue, Suite 110 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89104 |
| | Attorneys for Defendant ***National Credit Systems, Inc.*** |
| Attorneys for Plaintiff, ***Brenda Shelley*** | |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 18, 2022